UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Michelle Cortes,

                Plaintiff,

-against-

Latina Media Ventures LLC, et al.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2020

18 CIVIL 4449 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2020, the settlement agreement is approved in full; accordingly, this case is closed.

**Dated:** New York, New York

       August 18, 2020

                                                  **RUBY J. KRAJICK**

                                                     Clerk of Court

                           **BY:**

                                                     **Deputy Clerk**